**No. 54018.**—Louis Meyers & Son, Inc. *v.* United States, protest 945846–G (New York).

Opinion by Rao, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 54019.**—Cohen Wholesale Grocer, Inc. *v.* United States, protest 142175–K/1722 (Chicago).

Opinion by Rao, J. When this case was called for trial it was submitted upon the official papers, the plaintiff having indicated by letter that "the grounds we have for the protest are fully and completely set out in the protest, and that our appearance to argue the same would be superfluous." An examination of the record failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 54020.**—Cohen Wholesale Grocer, Inc. *v.* United States, protest 146551–K (Minneapolis).

Opinion by Rao, J. When this case was called for trial it was submitted upon the official papers, the plaintiff having indicated by letter that "the grounds we have for the protest are fully and completely set out in the protest, and that our

appearance to argue the same would be superfluous." An examination of the record failing to disclose any evidence sufficient to overcome the action of the collector, which was presumptively correct, the protest was overruled.

**No. 54021.**—Lewis & Locke, Inc., et al. v. United States, protests 150619–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54022.**—A. I. Namm & Son et al. v. United States, protests 505453–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54023.**—Rochelle Textile Co. et al. v. United States, protests 572100-G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54024.**—Abraham & Straus, Inc., et al. v. United States, protests 595783–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54025.**—American Glove Co. v. United States, protest 948782–G/87728 (Chicago).

Opinion by FORD, J. It was stipulated that certain items of the merchandise, whether or not assessed with duty at 10 cents per pound under paragraph 924, consist of gloves the same in all material respects as those the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent under paragraph 915, plus the additional duty under paragraph 924, whether or not that duty was originally assessed, was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 14, 1950

**No. 54026.**—French Italian Wine Co., Inc. v. United States, protests 84898–K, etc. (New York).